SAMUEL WEEKS et al., Appellants, *v.* JACOB W. CORNELL et al., Respondents.

(Argued March 3, 1885; decided March 10, 1885.)

THIS was a motion to dismiss an appeal from an order of General Term, modifying, and affirming as modified, an interlocutory judgment.

*Held*, not appealable. (*Raynor* v. *Raynor*, 94 N. Y. 248.)

*Flamen B. Candler, Abner C. Thomas, Charles H. Ostrander, A. H. Stoiber* and *Bartow S. Weeks* for motion.

*S. H. Thayer* opposed.

*Per Curiam* mem. for granting motion.
All concur.
Appeal dismissed.